Amy L. Ginsburg (275805)
Kimmel & Silverman, P.C.
30 East Butler Pike
Ambler, PA 19002
Telephone: 215-540-8888
Facsimile: 215-540-8817
aginsburg@creditlaw.com
Attorney for Plaintiff

## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| IRENE DUCEY, | ) |
| | ) |
| Plaintiff, | ) Case No.: 3:15-cv-196-MMA-BGS |
| v. | ) |
| | ) |
| MIDLAND FUNDING, LLC, | ) NOTICE OF SETTLEMENT |
| MIDLAND CREDIT | ) |
| MANAGEMENT, INC. and ENCORE | ) |
| CAPITAL GROUP, INC., | ) |
| | ) |
| Defendants. | ) |

### NOTICE OF SETTLEMENT

TO THE CLERK:

    PLEASE TAKE NOTICE that the parties have settled this action. Dispositional documents will be filed within sixty (60) calendar days.

Date: February 25, 2015        /s/ Amy L. Ginsburg
                                         Amy L. Ginsburg, Esquire
                                         Kimmel & Silverman, P.C.
                                         30 East Butler Pike
                                         Ambler, PA 19002
                                         Phone: (215) 540-8888
                                         Fax: (215) 540-8817
                                         Email: aginsburg@creditlaw.com
                                         Attorney for the Plaintiff

## **CERTIFICATE OF SERVICE**

Filed electronically on this 25th day of February, 2015, with:

    United States District Court CM/ECF system

Notification sent electronic mail on this 25th day of February, 2015, to:

    Thomas F. Landers Esq.
    SOLOMON, WARD, SEIDENWURM & SMITH, LLP
    401 B Street, Suite 1200
    San Diego CA 92101
    tlanders@swsslaw.com

                                      By: <u>/s/ Amy L. Ginsburg</u>
                                             Amy L. Ginsburg
                                             Kimmel & Silverman, P.C.
                                             Attorney for Plaintiff